The People of the State of New York, Plaintiff in Error, *v.* Anna Cox, Defendant in Error.

(Submitted December 6, 1880; decided December 14, 1880.)

Reported below (21 Hun, 47).

*Robert C. Titus,* district attorney, for plaintiff in error.

*Lewis & Rice* for defendant in error.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

———

Erving Taintor, Respondent, *v.* Isaac D. Hemingway et al., Appellants.

(Submitted December 6, 1880 ; decided December 14, 1880.)

Reported below (18 Hun, 458).

*Warren & Kellogg* for appellants.

*Waters & Knox* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.